MARCH 3, 1952.

No. 189. SQUIRE *v.* WHEELING & LAKE ERIE RAILWAY Co. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed. *Dice* v. *Akron, C. & Y. R. Co.*, 342 U. S. 359. MR. JUSTICE REED, MR. JUSTICE FRANKFURTER, MR. JUSTICE JACKSON, and MR. JUSTICE BURTON concur, adhering to the views expressed in *Dice* v. *Akron, C. & Y. R. Co.*, 342 U. S. 359, 364. *Melvin L. Griffith* and *Francis H. Monek* for petitioner.

No. 476. NATIONAL FURNITURE TRAFFIC CONFERENCE, INC. *v.* UNITED STATES ET AL.

*Per Curiam:* The motions to affirm are granted and the judgment is affirmed. *Board of Trade* v. *United States*, 314 U. S. 534. *Henry E. Foley* for appellant. *Solicitor General Perlman* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission; and *Francis L. Brown, R. J. Fletcher* and *John Dickinson* for the Pennsylvania Railroad Co. et al., appellees.